Decided November 20, 1996

## KAREN A. GRIMES *v.* CONSERVATION COMMISSION OF THE TOWN OF LITCHFIELD

The petition of the intervening defendant, James B. Irwin, for certification for appeal from the Appellate

Court, 43 Conn. App. 227 (AC 14698), is granted, limited to the following issue:

"Under the circumstances of this case, did the Appellate Court properly conclude that the plaintiff was deprived of due process of law by the conduct of the conservation commission regarding its September 14, 1993 site visit?"

The Supreme Court docket number is SC 15574.

*Kenneth R. Slater, Jr.*, in support of the petition.

*William C. Franklin*, in opposition.

Decided November 20, 1996

"Under the circumstances of this case, did the Appellate Court properly conclude that the plaintiff was deprived of due process of law by the conduct of the conservation commission regarding its September 14, 1993 site visit?"